UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| D & M IRON HORSE INN, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED FIRE & CASUALTY COMPANY,<br><br>　　　　　Defendant. | CIV. 11-5075-JLV<br><br>JUDGMENT OF DISMISSAL |

　　　Pursuant to the parties' stipulation for dismissal (Docket 79), it is hereby

　　　ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without costs to either party.

　　　Dated February 18, 2015.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　/s/ *Jeffrey L. Viken*
　　　　　　　　　　　　JEFFREY L. VIKEN
　　　　　　　　　　　　CHIEF JUDGE